THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| MELODY VAN LEEUWEN,<br><br>                Plaintiff,<br><br>vs.<br><br>ALLIED SERVICING CORPORATION, a Washington for Profit Corporation; LMC FUND I, LLC, a Pennsylvania Limited Liability Company; and JOHN DOES I through X.<br><br>                Defendants. | **MEMORANDUM DECISION AND ORDER DENYING [4] EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST DEFENDANT LMC FUND I, LLC**<br><br>Case No: 2:21-cv-00332<br><br>Judge David Barlow |

      Before the court is Plaintiff's Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction.[1] The court considered the briefing, relevant case law, and oral argument presented by both parties on June 8, 2021. For the reasons stated on the record, Plaintiff's Ex Parte Motion for Temporary Restraining Order is DENIED.

      Signed this 8th day of June, 2021.

                                        BY THE COURT

                                        _____
                                        David Barlow
                                        United States District Judge

---

[1] ECF No. 4.